■ In the Matter of the Arbitration between SOVEREIGN CONSTRUCTION COMPANY, LTD., et al., Respondents, and BLOOMFIELD BUILDING WRECKERS, Appellant.— Order modified on the facts and the law so as to remit for hearing the issue as to the making of the contract. Having consented in open court, the appellant shall furnish a bond to secure the award and all costs and disbursements. Costs to the appellant to abide the event. Settle order. Concur — Botein, P. J., Rabin, Frank, Valente and McNally, JJ.

■ ALFRED T. MANACHER, Appellant, v. PENN-TEXAS CORPORATION et al., Respondents.— The judgment should be affirmed, with costs. The plaintiff failed to make out a prima facie case. He failed to prove that he introduced the defendant Leopold D. Silberstein to any person owning, leasing or controlling properties subsequently acquired by the corporate defendant Penn-Texas Corporation, and the proof fails to establish that the acquisition of the Sullivan

and Garnett properties in Texas was causally related to information furnished or caused to be furnished by the plaintiff to the defendants, or either of them. Concur — Botein, P. J., Rabin, Frank, Valente and McNally, JJ.